Otto Pohl, Administrator of Estate of Evelyn Pohl,
Deceased, Appellee, v. Adam Fazzi, Appellant.

Gen. No. 9,575.

opinion filed February 14, 1941. Frank E. Maynard, for appellant; Walker F. Hull, B. Jay Knight and John E. Goembel, for appellee; Frederick H. Haye, of counsel. Opinion by PRESIDING JUSTICE WOLFE. "Not to be published in full."